**220**

decree of condemnation ordering destruction of the candy bars because misbranded has become final. Appellee asserts that appellant's appeal is moot and should be dismissed.

 We are of the opinion that under the circumstances stated the matter determined against the United States is immaterial or moot, and that the motion to dismiss the Government's appeal should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the appeal of the United States be, and the same is hereby dismissed as moot. So much of the judgment below as dealt with the issue of adulteration is vacated and set aside, and the same is and shall be without further force and effect. Duke Power Company v. Greenwood County, 299 U.S. 259, 267, 57 S.Ct. 202, 81 L.Ed. 178 and cases cited in United States v. Munsingwear, Inc., 340 U.S. 36, 39, footnote 2, 71 S.Ct. 104, 95 L.Ed. 36. See also Benz v. Compania Naviera Hidalgo, S. A., 9 Cir., 205 F.2d 944, 947.

Stanley W. Rosenkranz, George W. Ericksen, Tampa, Fla., for appellant.

Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Atty., Dept. of Justice, Washington, D. C., Edward F. Boardman, U. S. Atty., Thomas J. Hanlon, III, Asst. U. S. Atty., Tampa, Fla., Karl Schmeidler, Atty., Dept. of Justice, Washington, D. C., for appellee.

Before BROWN, GEWIN and BELL, Circuit Judges.

**PALMETTO PUMP AND IRRIGATION COMPANY, Appellant,**

v.

**Laurie W. TOMLINSON, District Director of Internal Revenue for the District of Florida, Appellee.**

**No. 19771.**

United States Court of Appeals Fifth Circuit.

Feb. 6, 1963.

PER CURIAM.

Appellant sued to recover income taxes paid which it alleged were erroneously and illegally assessed. The issue presented was what amounted to reasonable compensation for corporate officers under 26 U.S.C.A. § 162. This appeal is from the judgment entered on a jury verdict for appellee.

We are convinced from a careful review that the evidence was sufficient to sustain the verdict, that no prejudicial error exists, and that the appeal is without merit. It follows that the judgment should be and is

Affirmed.